Kent Khtikian, Esq. (#99843)
Conor D. Mack, Esq. (#253878)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
Telephone: (415) 834-1778
Facsimile: (415) 834-1842

Attorneys for Plaintiffs

**GRANTED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; and TILE EMPLOYERS CONTRACT ADMINISTRATION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>CAPITOL CITY TILE AND MARBLE INC., a California corporation; TURNER CONSTRUCTION COMPANY, a New York corporation; FEDERAL INSURANCE COMPANY, a New Jersey corporation; FIDELITY | CASE NO. CV 10-5160 MEJ<br><br>PLAINTIFFS' REQUEST FOR DISMISSAL OF DEFENDANTS FEDERAL INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ZURICH AMERICAN INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, TURNER CONSTRUCTION COMPANY, STATE OF CALIFORNIA, ADMINISTRATIVE OFFICE OF THE COURTS, and KAISER FOUNDATION HOSPITALS |

| | |
|---|---|
| 1 | AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; the STATE OF CALIFORNIA, ADMINISTRATIVE OFFICE OF THE COURTS, a government agency; KAISER FOUNDATION HOSPITALS, a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation, )))))))))))))))) |
| | Defendants. )) |

Plaintiffs, by and through their attorneys of record, Katzenbach and Khtikian, hereby request the dismissal, without prejudice, of defendants Federal Insurance Company, Fidelity and Deposit Company of Maryland, Zurich American Insurance Company, The Insurance Company of the State of Pennsylvania, the State of California, Administrative Office of the Courts, and Kaiser Foundation Hospitals, only, from this action. All claims against all other defendants shall remain.

Respectfully submitted,

Katzenbach & Khtikian

Dated: December 14, 2010           By:   /s/ Conor Mack
                                         Conor D. Mack
                                       Attorneys for Plaintiffs