| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
| | LORI A. NORD, ESQ. (SBN 87993) |
| 2 | DIANE SIDD-CHAMPION, ESQ. (SBN 78140) |
| | ANA PEREZ HALLMON, ESQ. (SBN 253309) |
| 3 | JOLENE KRAMER, ESQ. (SBN 259241) |
| | 595 Market Street, Suite 2200 |
| 4 | San Francisco, CA  94105 |
| | Telephone:  (415) 882-2992 |
| 5 | Facsimile:   (415) 882-2999 |
| | E-mail:         lnord@mjmlaw.us |
| 6 | E-mail:         dsidd-champion@mjmlaw.us |
| | E-mail:         ahallmon@mjmlaw.us |
| 7 | E-mail:         jkramer@mjmlaw.us |

Attorneys for Plaintiffs:
Trustees of the Northern California Tile Industry Pension Trust, Trustees of the Northern California Tile Industry Health and Welfare Trust Fund, Trustees of the Northern California Tile Industry Apprenticeship and Training Trust Fund, Tile Industry Promotion Fund of Northern California, Inc., and Tile Employers Contract Administration Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; et al., | Case No. CV 10-5160 MEJ |
| Plaintiffs, | **ADMINISTRATIVE CLOSURE OF CASE** |
| v. | **(PROPOSED)** |
| CAPITOL CITY TILE AND MARBLE, INC., a California corporation, et al., | |
| Defendants. | |

This matter having come before the undersigned Judge and the parties hereto having stipulated to the entry of judgment, as set forth in their Stipulation filed herewith,

NOW THEREFORE UPON ALL PRIOR PROCEEDINGS HAD HEREIN AND UPON THE CONSENT OF THE PARTIES HERETO,

///

///

Administrative Closure of Case
Case No: CV 10-5160 MEJ

1  IT IS HEREBY ORDERED THAT:

2         This case be administratively closed.  Plaintiffs may reopen it upon a showing that the terms

3  of the Settlement Agreement have been breached.

8  Dated: __May 11, 2012__           _____
                                      Honorable Maria-Elena James
9                                     United States Magistrate Judge

Administrative Closure of Case
Case No: CV 10-5160 MEJ