McCARTHY, JOHNSON & MILLER Law Corporation
LORI A. NORD, ESQ., #87993
605 Ellis Street, Suite 200
Mountain View, CA 94043-2241
Telephone: (650) 314-7800
Facsimile: (650) 314-7899
e-mail: lnord@kraw.com

Attorneys for Plaintiffs, Northern California Tile Industry Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH & WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTSMEN PENSION FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH & WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP & TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., and TILE EMPLOYERS CONTRACT ADMINISTRATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITOL CITY TILE AND MARBLE INC., a California corporation, et. al.,<br><br>Defendants. | Case No. No. CV 10-5160 MEJ<br><br>**NOTICE AND ORDER OF DISMISSAL** |

Pursuant to the Stipulation for Entry of Judgment filed with the Court on May 11, 2012, Plaintiffs, Trustees of the Northern California Tile Industry Pension Trust, Trustees of the Northern

California Tile Industry Health and Welfare Trust Fund, Trustees of the Northern California Tile Industry Apprenticeship and Training Trust Fund, Tile Industry Promotion Fund of Northern California, Inc., and Tile Employers Contract Administration Fund (collectively, "Northern California Tile Industry Trust Funds"), hereby request that the above-entitled action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: 5/19/15

McCARTHY, JOHNSON & MILLER
LAW CORPORATION

By: /s/
LORI A. NORD
Attorneys for Plaintiffs,
Northern California Tile Industry
Trust Funds

SO ORDERED:

Dated: May 20, 2015

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]*